IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN J. SULLIVAN,<br><br>    Plaintiff,<br><br> vs.<br><br>SPREETAIL, LLC, doing business as SPREETAIL<br><br>    Defendant. | 8:23CV313<br><br>ORDER |

  This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

  SO, ORDERED.

  Dated: November 3, 2023

                BY THE COURT:

                Brian C. Buescher
                United States District Judge