IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN J. SULLIVAN,<br><br>Plaintiff,<br><br>vs.<br><br>SPREETAIL, LLC,<br><br>Defendant. | 8:23CV313<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court grants the parties' Joint Motion for Extension of Case Progression Deadlines. Filing No. 28.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for March 25, 2025 is <u>continued</u> and will be held with the undersigned magistrate judge on **May 13, 2025** at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is April 7, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by April 21, 2025.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is May 9, 2025.

4) The deadline for filing motions to dismiss and motions for summary judgment is July 11, 2025.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 11, 2025.

6) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 24th day of January, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge