IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN J. SULLIVAN,<br><br>              Plaintiff,<br><br>vs.<br><br>SPREETAIL, LLC<br><br>              Defendant. | **8:23CV313**<br><br>**ORDER** |

    The Court has been advised that the parties in the above-captioned matter have settled their claims.

    Accordingly,

    IT IS ORDERED:

1) On or before **November 10, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3) All remaining deadlines are stayed pending further Order of the Court.

Dated this 9th day of October, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge