IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN J. SULLIVAN,<br><br>           Plaintiff,<br><br>vs.<br><br>SPREETAIL, LLC,<br><br>           Defendant. | 8:23CV313<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 56). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay its own costs and attorneys' fees.

Dated this 5th day of December, 2025.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon<br>
                                                    Senior United States District Judge